UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| PAPIERFABRIK AUGUST KOEHLER SE, | ) ) ) | |
| Plaintiff-Appellant, | ) ) | |
| v. | ) ) | 2015-1489 |
| UNITED STATES, | ) ) | |
| Defendant-Appellee, | ) ) ) | |
| and | ) ) | |
| APPVION, INC., | ) ) | |
| Defendant-Appellee. | ) | |

ORDER

Upon consideration of appellees United States' and Appvion, Inc.'s joint consent motion to modify the briefing schedule in this appeal, it is hereby

ORDERED that the appellees' consent motion is granted, and it is further

ORDERED that appellees, the United States and Appvion, Inc., shall file their response briefs in this appeal on or before October 21, 2015; and it is further

ORDERED that appellant, Papierfabrik August Koehler SE, shall file its reply brief in this appeal on or before December 11, 2015.

FOR THE COURT:

_____

Dated: _____, 2015
      Washington, D.C.

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| PAPIERFABRIK AUGUST KOEHLER SE, | ) ) ) | |
| Plaintiff-Appellant, | ) ) | |
| v. | ) ) | 2015-1489 |
| UNITED STATES, | ) ) | |
| Defendant-Appellee, | ) ) | |
| and | ) ) | |
| APPVION, INC., | ) ) | |
| Defendant-Appellee. | ) | |

DEFENDANT-APPELLEES' JOINT CONSENT MOTION
TO MODIFY THE BRIEFING SCHEDULE IN THE APPEAL

Pursuant to Rules 26(b) and 27 of the Federal Circuit Rules, defendant-appellees, the United States and Appvion, Inc. (Appvion), respectfully request that the Court modify the briefing schedule in this appeal by extending the time for the defendant-appellees (the Government and Appvion) to file their respective response briefs by 22 days, to and including October 21, 2015. Pursuant to the Court's order of July 7, 2015, the response briefs are currently due on September 29, 2015. We previously requested an extension of time for this purpose, and the Court granted an extension of 82 days. The parties have further consented to

providing additional time, to and including December 11, 2015, for appellant, Papierfabrik August Koehler SE to file its reply brief in this appeal.

Good cause exists to grant the extension that we are requesting because the Department of Justice requires additional time to coordinate the contents of the Government's response brief with the Department of Commerce (Commerce) and because counsel for the Government has been balancing work on this matter with a number of other time-sensitive matters that require a substantial amount of time.

Indeed, several unexpected matters have arisen since we filed our previous extension of time request. Specifically, on August 11, 2015, the Court ordered the Government to file a supplemental brief in an otherwise submitted international trade case regarding the applicability of provisions of the Trade Preferences Extension Act of 2015 to pending litigation. *See Ad Hoc Shrimp Trade Action Committee v. United States*, Fed. Cir. Nos. 2014-1514, 2015-1647. Due to the novelty and importance of the issue, the supplemental brief, which was filed on August 27, 2015, required significant coordination efforts. In addition, also subsequent to the filing of the Government's previous extension of time request, opposing counsel in *United States v. International Trading Services, LLC and Julio Lorza*, Ct. Int'l Trade No. 12-00135, filed motions to withdraw as counsel for one of the parties and to require the Government to join a third party as a necessary defendant in the litigation. These short, but important, procedural motions

required quick responses, which the Government filed, respectively, on August 21, 2015, and August 31, 2015. These unexpected matters also affected the timing of some of counsel for the Government's pre-existing commitments—most significantly counsel's efforts to coordinate the Government's lengthy response brief and appendix before the Court of International Trade in *Tri Union Frozen Products, Inc., et al. v. United States*, Consol. Ct. Int'l Trade No. 14-00249, a case in which the Government filed an 89-page consolidated response to four moving briefs seeking judgment on the agency record on September 10, 2015, and the related appendix on September 17, 2015. Moreover, counsel for the Government is in the process of completing document search, review, and production efforts in connection with court-ordered limited discovery in *RQ Squared, LLC v. United States*, Fed. Cl. No. 15-0527C (currently due September 29, 2015).

Similarly, counsel for Appvion is engaged in other matters that prevent him from devoting the necessary attention to prepare the response brief by the current deadline. Specifically, counsel for Appvion is preparing rebuttal submissions to Commerce, subject to regulatory deadlines of September 28 and September 29, respectively, in antidumping cases involving Citric Acid from Canada (Case No. A-122-853) and Corrosion-Resistant Steel from Taiwan (Case No. A-583-856).

Accordingly, we respectfully request that the Court grant defendant-appellees' motion to modify the briefing schedule to provide an extension of time,

3

to and including October 21, 2015, for defendant-appellees to file their respective response briefs in this matter.  In addition, in light of the extension that defendant-appellees are requesting, the parties have further agreed to provide additional time, to and including December 11, 2015, for appellant, Papierfabrik August Koehler SE to file its reply brief in this appeal.  We respectfully request that the Court provide this additional time in its order.

    Respectfully submitted,

    BENJAMIN C. MIZER
    Principal Deputy Assistant
      Attorney General

    JEANNE E. DAVIDSON
    Director

    /s/ Reginald T. Blades, Jr.
    REGINALD T. BLADES, JR.
    Assistant Director

    /s/ Joshua E. Kurland
    JOSHUA E. KURLAND
    Trial Attorney
    Department of Justice
    Civil Division
    Commercial Litigation Branch
    P.O. Box 480
    Ben Franklin Station
    Washington, DC  20044
    Telephone:  (202) 616-0477
    Facsimile:  (202) 307-0972
    Email:  Joshua.E.Kurland@usdoj.gov

September 21, 2015    *Attorneys for Defendant-Appellee*
    *United States*

/s/ Daniel L. Schneiderman
Gilbert B. Kaplan
Daniel L. Schneiderman
KING & SPALDING LLP
1700 Pennsylvania Ave., NW
Washington, DC  20006

September 21, 2015

*Counsel for Appvion, Inc.*

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| PAPIERFABRIK AUGUST KOEHLER SE, | ) ) ) | |
| Plaintiff-Appellant, | ) ) | |
| v. | ) ) | 2015-1489 |
| UNITED STATES, | ) ) | |
| Defendant-Appellee, | ) ) | |
| and | ) ) | |
| APPVION, INC., | ) ) | |
| Defendant-Appellee. | ) | |

## DECLARATION OF JOSHUA E. KURLAND

I, Joshua E. Kurland, state the following:

1.    I am an attorney with the Department of Justice, Civil Division, Commercial Litigation Branch, Washington, D.C. In that capacity, I am counsel of record in *Papierfabrik August Koehler SE v. United States*, Fed. Cir. No. 2015-1489.

2.    Good cause exists to grant the extension that defendant-appellees are requesting because we require additional time to coordinate the contents of the Government's response brief with the Department of Commerce (Commerce) and

because I have been balancing work on this matter with a number of other time-sensitive matters that require a substantial amount of my time.

3. Indeed, several unexpected matters have arisen since our previous extension of time request. Specifically, on August 11, 2015, the Court ordered the Government to file a supplemental brief in an otherwise submitted international trade case regarding the applicability of provisions of the Trade Preferences Extension Act of 2015 to pending litigation. *See Ad Hoc Shrimp Trade Action Committee v. United States*, Fed. Cir. Nos. 2014-1514, 2015-1647. Due to the novelty and importance of the issue, the supplemental brief, which was filed on August 27, 2015, required significant coordination efforts.

4. In addition, also subsequent to the filing of our previous extension of time request, opposing counsel in *United States v. International Trading Services, LLC and Julio Lorza*, Ct. Int'l Trade No. 12-00135, filed motions to withdraw as counsel for one of the parties and to require the Government to join a third party as a necessary defendant in the litigation. These short, but important, procedural motions required quick responses, which the Government filed, respectively, on August 21, 2015, and August 31, 2015.

5. These unexpected matters also affected the timing of some of my pre-existing commitments—most significantly my efforts to coordinate the Government's lengthy response brief and appendix before the Court of

2

International Trade in *Tri Union Frozen Products, Inc., et al. v. United States*, Consol. Ct. Int'l Trade No. 14-00249, a case in which we filed an 89-page consolidated response to four moving briefs seeking judgment upon the agency record on September 10, 2015, and the related appendix on September 17, 2015.

6. Moreover, I am in the process of completing document search, review, and production efforts in connection with court-ordered limited discovery in *RQ Squared, LLC v. United States*, Fed. Cl. No. 15-0527C (currently due September 29, 2015).

7. So that the parties' deadlines in this matter will remain comparable, we also respectfully request that the extension be applied equally to all appellees, including Appvion, Inc.

8. Finally, we have further agreed to provide additional time, to and including December 11, 2015, for appellant, Papierfabrik August Koehler SE to file its reply brief in this appeal.

/s/ Joshua E. Kurland
Joshua E. Kurland

2015-1489
_____

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
_____

PAPIERFABRIK AUGUST KOEHLER SE,

                              Plaintiff-Appellant,

v.

UNITED STATES,

                              Defendant-Appellee,

and

APPVION, INC.,

                              Defendant-Appellee.
_____

Appeal from the United States Court of International Trade in case
no. 13-CV-00163, Senior Judge Nicholas Tsoucalas.
_____

### **DECLARATION OF DANIEL L. SCHNEIDERMAN**

I, Daniel L. Schneiderman, hereby declare:

      1.    I am an attorney at the law firm of King & Spalding LLP and a member of the bar of this Court. I represent Defendant-Appellee Appvion, Inc. ("Appvion") in this appeal.

      2.    Appvion respectfully requests an extension of time within which to file and serve its response brief in this action. Under the current schedule,

- 2 -

the response brief is due on September 29, 2015. As part of this joint motion, however, the United States, which is also a Defendant-Appellee, indicates that it requires additional time to prepare the response brief. In order to preserve the simultaneous filing deadlines contemplated by this Court's scheduling order, therefore, there is good cause to extend this deadline for the response briefs by all Defendants-Appellees.

      3.     There is also good cause for an extension because I am engaged in other matters that prevent me from devoting the necessary attention to prepare the response brief by the current deadline. Specifically, I am preparing rebuttal submissions to the Department of Commerce subject to regulatory deadlines of September 28 and September 29 in antidumping cases involving Citric Acid from Canada (Case No. A-122-853) and Corrosion-Resistant Steel from Taiwan (Case No. A-583-856), respectively.

      4.     Accordingly, Appvion requests an extension of 22 days until October 21, 2015 to file its response brief. This is the second request seeking an extension of the deadline to submit response briefs.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 21, 2015

                                  /s/ Daniel L. Schneiderman
                                  Daniel L. Schneiderman

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 21st day of September, 2015, a copy of the foregoing DEFENDANT-APPELLEES' JOINT CONSENT MOTION TO MODIFY THE BRIEFING SCHEDULE IN THE APPEAL, DECLARATION OF JOSHUA E. KURLAND, DECLATATION OF DANIEL L. SCHNEIDERMANN, and ORDER were filed electronically.

__X__ This filing was served electronically to all parties by operation of the Court's electronic filing system.

____ A copy of this filing was served via:

    _____ hand delivery

    __ mail

    _____ third-party commercial carrier for delivery within 3 days

    _____ electronic means, with written consent of the party being served

to the following address:

                                       /s/ Joshua E. Kurland