

Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: 202-721-4600
Fax: 202-721-4646
hugheshubbard.com

F. Amanda DeBusk
Direct Dial: 202-721-4790
amanda.debusk@hugheshubbard.com

April 29, 2016

**VIA ELECTRONIC FILING**

The Honorable Daniel E. O'Toole
Circuit Executive and Clerk of Court
United States Court of Appeals
  for the Federal Circuit
717 Madison Place, N.W.
Room 401
Washington, D.C. 20439

> **Re:   No. 2015-1489,** *Papierfabrik August Koehler SE v. United States et al.* **– Additional Scheduling Conflicts of Plaintiff-Appellant Papierfabrik August Koehler SE with Respect to Oral Argument**

Dear Mr. O'Toole:

Counsel for Plaintiff-Appellant Papierfabrik August Koehler SE ("Koehler") hereby informs the Court pursuant to the Practice Note to Federal Circuit Rule 34 of potential scheduling conflicts with respect to oral argument.

Counsel for Koehler previously filed a letter on February 16, 2016, informing the Court of its conflicts for the months of April, May, and June, based on counsel's understanding that Koehler's case likely would be scheduled for argument during one of those months. In that letter, Koehler indicated that it did not have any scheduling conflicts during the weeks designated as Court Sessions for those months (which remains the case for the first week of June), but provided dates on which counsel would be unavailable during those months if the Court scheduled argument outside of the originally designated Court Sessions. Because Koehler's case has not been scheduled for argument in April, May, or June, counsel for Koehler wishes to inform the Court of potential scheduling conflicts for the weeks and months following the Court's June argument week.

The Honorable Daniel E. O'Toole
April 29, 2016
Page 2

With respect to June, if the Court were to hold argument outside of the week already scheduled, we continue to face pre-existing counsel obligations from June 27-July 1, so we respectfully request that argument not be scheduled on those dates.

For July through October, we set forth below the dates on which counsel and/or the client have pre-existing obligations, which were scheduled based on our understanding that oral argument in this case would likely occur by the end of June. We respectfully request that argument not be scheduled for these dates:

| | |
|---|---|
| *July*: | July 5-8 (i.e., court session week) |
| | July 25-29 |
| *August:* | No conflicts |
| *September:* | No conflicts |
| *October:* | No conflicts |

Counsel thanks the Court for its consideration of this request.

                                                 Respectfully submitted,

                                                 /s/ F. Amanda DeBusk
                                                 F. Amanda DeBusk
                                                 Matthew R. Nicely
                                                 John F. Wood
                                                 Eric S. Parnes
                                                 Lynn G. Kamarck
                                                 Alexandra B. Hess
                                                 Hughes Hubbard & Reed LLP
                                                 1775 I Street, N.W.
                                                 Washington, DC 20006-2401
                                                 Telephone:  (202) 721-4600
                                                 Facsimile:  (202) 721-4646

                                               *Counsel for Plaintiff-Appellant*
                                               *Papierfabrik August Koehler SE*

cc:     All Counsel

# **CERTIFICATE OF SERVICE**

I certify that I have on this 29th day of April, 2016, caused a copy of the foregoing **Letter Regarding Additional Scheduling Conflicts of Plaintiff-Appellant Papierfabrik August Koehler SE with Respect to Oral Argument** to be served upon the following parties via electronic service through CM/ECF:

| | |
|---|---|
| Joshua E. Kurland<br>**Department of Justice**<br>Commercial Litigation Branch,<br>Civil Division<br>PO Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>(202) 616-0477<br>Joshua.E.Kurland@usgoj.gov | Gilbert B. Kaplan<br>**KING & SPALDING LLP**<br>1700 Pennsylvania Avenue, N.W.<br>Suite 200<br>Washington, D.C. 20006<br>(202) 626-9252<br>gkaplan@kslaw.com |

Respectfully submitted,

/s/ F. Amanda DeBusk
F. Amanda DeBusk
**Hughes Hubbard & Reed LLP**
1775 I Street, N.W., Suite 600
Washington, D.C. 20006
Tel: 202-721-4600
Fax: 202-721-4646
Email: amanda.debusk@hugheshubbard.com

*Counsel of Record for Plaintiff-Appellant*
*Papierfabrik August Koehler SE*