IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| PAPIERFABRIK AUGUST KOEHLER SE, | ) ) ) | |
| Plaintiff-Appellant, | ) ) | |
| v. | ) ) | 2015-1489 |
| UNITED STATES, | ) ) | |
| Defendant-Appellee, | ) ) | |
| and | ) ) | |
| APPVION, INC., | ) ) | |
| Defendant-Appellee. | ) | |

**DEFENDANT-APPELLEE UNITED STATES' SCHEDULING NOTICE**

Pursuant to the Practice Note to Federal Circuit Rule 34, counsel for Defendant-Appellee United States respectfully submits this notice to update the Court regarding potential scheduling conflicts with respect to oral argument in this appeal. In our notice filed February 16, 2016, regarding the months of April, May, and June, we indicated that we had potential scheduling conflicts on April 5 and April 8, 2016, and were otherwise available to appear at the Court's convenience. Due to the passage of time, we believe it is appropriate to update that information. We therefore respectfully inform the Court that counsel for the Government is expecting the birth of his first child in approximately the first week of August 2016

and expects to be out of the office on paternity leave through early September 2016. As a result, counsel for the Government would not be available for argument during the weeks that the Court has designated as argument weeks from August 1 to 5, 2016 and from September 6 to 9, 2016, as well as the time period in between those argument weeks. Counsel for the Government is otherwise available to appear for argument at the Court's convenience.

    Respectfully submitted,

    BENJAMIN C. MIZER
    Principal Deputy Assistant
    Attorney General

    JEANNE E. DAVIDSON
    Director

    /s/ Reginald T. Blades, Jr.
    REGINALD T. BLADES, JR.
    Assistant Director

    /s/ Joshua E. Kurland
    JOSHUA E. KURLAND
    Trial Attorney
    Department of Justice
    Civil Division
    Commercial Litigation Branch
    P.O. Box 480
    Ben Franklin Station
    Washington, DC  20044
    Telephone:  (202) 616-0477
    Facsimile:  (202) 307-0972
    Email:  Joshua.E.Kurland@usdoj.gov

May 2, 2016    *Attorneys for Defendant-Appellee*
    *United States*