NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAPIERFABRIK AUGUST KOEHLER SE,**
*Plaintiff-Appellant*

v.

**UNITED STATES, APPVION, INC.,**
*Defendants-Appellees*

---

2015-1489

---

Appeal from the United States Court of International Trade in No. 1:13-cv-00163-NT, Senior Judge Nicholas Tsoucalas.

---

**ON DEFENDANT-APPELLEE UNITED STATES'S MOTION TO STRIKE IMPROPER PORTIONS OF BRIEFS AND APPENDIX AND, IN THE ALTERNATIVE, FOR LEAVE TO FILE A SUR-REPLY**

---

PER CURIAM.

**O R D E R**

Upon consideration of defendant-appellee United States's motion to strike or, in the alternative, for leave to file a sur-reply, and the joinder in the motion by defend-

ant-appellee Appvion, Inc., the response of appellant, Papierfabrik August Koehler SE ("Koehler"), and the government's reply, it is hereby

ORDERED that the motion is granted in part and denied in part, as follows:

In the reply brief and appendix filed by Koehler, the court will disregard

(1) on pages 4 to 5 in the reply brief, the clause and citation encompassing the language "as Judge Stanceu . . . Transcript of Oral Argument";
(2) on pages 20 to 21 of the reply brief, the paragraph encompassing the language "In Koehler's appeal of Commerce's decision in AR2 . . . *See* JA 2376, 2408 (CIT No. 12-00091, Koehler Opening Brief)";

and

(3) in the appendix, pages 2257 to 2291 and pages 2345 to 2559.

The court also will disregard, in the response brief filed by Appvion, Inc., on page 24, the citation "Appvion's Rebuttal Comments (May 13, 2014) at 30 (JA 2291)."

Because the court will disregard the above portions of the briefs and appendix, as if they had been struck, Koehler and Appvion need not re-file the documents in which those materials appear. The merits panel will separately consider any waiver contentions about arguments related to such now-disregarded materials.

Except for the foregoing relief, the Government's motion to strike or to file a sur-reply is denied.

                                                                  FOR THE COURT

September 28, 2016                     /s/ Peter R. Marksteiner
      Date                                  Peter R. Marksteiner
                                                 Clerk of Court