NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAPIERFABRIK AUGUST KOEHLER SE,**
*Plaintiff-Appellant*

v.

**UNITED STATES, APPVION, INC.,**
*Defendants-Appellees*

---

2015-1489

---

Appeal from the United States Court of International Trade in No. 1:13-cv-00163-NT, Senior Judge Nicholas Tsoucalas.

---

**SUA SPONTE**

---

PER CURIAM

**O R D E R**

In light of appellant's letter dated October 11, 2016,

IT IS ORDERED THAT:

1. Each appellee should file with the Clerk, by the close of business on Monday, October 17, 2016, a letter that identifies, by page and line num-

    ber, what material currently designated as confidential in its brief now remains confidential. All material in the briefs not specifically identified in the letters will be treated as public.

2. By the close of business on Monday, October 24, 2016, the parties should file new public versions of their briefs. The only changes made should be those which update the confidential-material designations. This requirement does not apply to appellant's reply brief, which does not contain any designations of confidential material. The parties need not file new confidential versions of their briefs.

FOR THE COURT

October 12, 2016  
Date

/s/ Peter R. Marksteiner  
Peter R. Marksteiner  
Clerk of Court